CARLTON F. GUNN (No. 112344)
Attorney at Law
1751 Colorado Blvd., #384
Los Angeles, California 90041
Telephone (323) 474-6366
(E-mail: cgunnlaw@gmail.com)

Attorney for Defendant
GREGORY HEVENER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GREGORY HEVENER,<br><br>   Defendant. | NO. 2:22-cr-00482-AB-1<br><br>**Ex Parte Application for Copy of Transcript of Sealed Proceeding; Declaration of Counsel** |

   Defendant, Gregory Hevener, by and through his counsel of record on appeal, Carlton F. Gunn, hereby applies to this Honorable Court for an order that the sealed transcript of a proceeding on August 9, 2023 at which defense counsel and defendant were present, but government counsel was not present, be unsealed as to defendant's counsel only and be provided to defendant's counsel only for purposes of evaluating its relevance to potential appellate issues. This application is based on the attached declaration of counsel, all files and records in the case, and such further information as may be provided to the Court.

                                                    Respectfully submitted,

DATED: January 8, 2025         By   s/ Carlton F. Gunn
                                                    CARLTON F. GUNN
                                                    Attorney at Law

**Declaration of Carlton F. Gunn**

I, Carlton F. Gunn, hereby state and declare as follows:

1.  I am an attorney admitted to the bars of this Court and the United States Court of Appeals for the Ninth Circuit. I have been appointed to represent Gregory Hevener in his appeal in this case.

2.  On August 9, 2023, this Court held a hearing on an ex parte application for the Federal Public Defender to be relieved and appointed substitute counsel. Counsel for the government was excluded from the hearing, presumably because attorney-client communications and relationships and/or case strategy would be discussed. The court reporter has informed me that the transcript of the proceeding is sealed, presumably for that reason.

3.  I believe I need to review transcripts of all proceedings, including this in camera proceeding, to fully evaluate and consider all possible appellate issues in this matter. I am therefore requesting that the transcript be unsealed as to me and provided to me for this purpose. I am requesting that the transcript not be unsealed as to counsel for the government or any other person at this time, because it will be necessary for counsel for the government and/or other persons to review the transcripts only if I in fact end up relying on the transcript in some way in the appeal, and I cannot make that judgment until after reviewing the transcript. If I do end up relying on the transcript, I will further consult with counsel for the government regarding what, if any, access on their part would be appropriate.

4.  I have informed Assistant United States Attorney Kelly Ng of this application by sending her an email. She has not yet responded, so I cannot state the

2

government's position on this application, but the government has not opposed comparable applications I have filed in multiple other cases in the past.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 8, 2025        s/ Carlton F. Gunn
                              CARLTON F. GUNN
                              Attorney at Law